# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN G. LACUESTA, et al., ) | Case No. 2:10-cv-00064-KJD-PAL |
| Plaintiffs, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | (Mtn to Withdraw - Dkt. ##26, 27) |
| WELLS FARGO BANK, N.A., et al. ) | |
| Defendants. ) | |

This matter is before the court on counsel for Plaintiffs' Motions to Withdraw (Dkt. ##26, 27). Chris Sullivan and Ian Christopherson seek to withdraw as counsel of record for Plaintiffs John G. LaCuesta and Lisa LaCuesta (the "Plaintiffs"). The Motions, which are supported by affidavits of counsel, state in several places that counsel wishes to withdraw from representation of Defendant/Counterclaimant. However, the docket reflects that counsel represent Plaintiffs. Counsel is admonished for filing form papers with the court for the second time which have obviously not been proofread. The Motions represent that the relationship between Plaintiffs and counsel have deteriorated, and counsel can no longer adequately represent Plaintiffs because Plaintiffs have failed to maintain contact with counsel.

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED** that:

1. The Motions to Withdraw as Counsel for Plaintiffs (Dkt. ##26, 27) are GRANTED.
2. Plaintiffs shall have until **September 23, 2010** in which to retain substitute counsel who shall make an appearance in accordance with the requirements of the Local Rules of Practice, or shall file a notice with the court that they will be appearing in this matter *pro se*, *i.e.,* representing themselves.

3. Plaintiffs' failure to timely comply with this order by either obtaining substitute counsel, or filing a notice that they will be appearing in this matter *pro se* may result in the imposition of sanctions, which may include a recommendation to the District Judge that Plaintiffs' complaint be dismissed for failure to prosecute. See Fed. R. Civ. P. 41(b).

4. The Clerk of the Court shall serve the Plaintiffs with a copy of this order at their last known address:

John and Lisa LaCuesta
9512 Leaping Lizard St.
Las Vegas, NV 89178

Dated this 25th day of August, 2010.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE